# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
Karol Dmowski § Case No. 17-32255
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/27/2017 . The undersigned trustee was appointed on 10/27/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   28,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 3,346.83 |
   | Bank service fees | 19.25 |
   | Other payments to creditors | 8,596.28 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]          $ | 16,037.64 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/21/2018 and the deadline for filing governmental claims was 04/25/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,550.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,550.00 , for a total compensation of $ 3,550.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 21.66 , for total expenses of $ 21.66 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/23/2018            By: /s/STEVEN R. RADTKE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-32255 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Karol Dmowski | | | | Date Filed (f) or Converted (c): | 10/27/2017 (f) |
| | | | | | 341(a) Meeting Date: | 12/04/2017 |
| For Period Ending: | 05/23/2018 | | | | Claims Bar Date: | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1629A Vermont Drive Elk Grove Village Il 60007-0000 Cook | 160,000.00 | 160,000.00 | | 0.00 | FA |
| 2. Lot 4 Necedah Wi 54646-0000 Juneau | 10,000.00 | 20,000.00 | | 28,000.00 | FA |
| 3. 2013 Dodge Caravan | 5,000.00 | 10,000.00 | | 0.00 | FA |
| 4. 2015 Dodge Charger | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 5. 2004 Yamaha R6 Motorcycle | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Household Goods & Used Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Used Personal Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. Pnc Bank | 900.00 | 0.00 | | 0.00 | FA |
| 9. Pnc Bank | 100.00 | 0.00 | | 0.00 | FA |
| 10. Pnc Bank | 500.00 | 0.00 | | 0.00 | FA |
| 11. K&W Transportation, Inc. | 0.00 | 0.00 | | 0.00 | K& FA |
| 12. Qualified Retirement | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. 2 Term Life Insurance Policies - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $211,000.00 | $217,000.00 | | $28,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

4/2018 Vacant lot sold; funds received; begin preparing fee petition and trustee's final report

3/2018 Order entered granting motion to sell property

2/2018  Trustee employed broker to sell vacant lot

12/2017  Debtor owns 1/2 of lot 4 in Necedah, Wisconsin

Initial Projected Date of Final Report (TFR): 06/30/2019          Current Projected Date of Final Report (TFR): 06/30/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-32255 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Karol Dmowski | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6438 |
| | Checking |
| Taxpayer ID No: XX-XXX3208 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/23/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | | Dependable Title of Wisconsin LLC<br>1021 N. Superior Avenue<br>Suite 9<br>Tomah, WI 54660 | Proceeds of Sale of estate's interest in vacant parcel of land | | $16,056.89 | | $16,056.89 |
| | | | Gross Receipts $28,000.00 | | | | |
| | | | County Taxes 1/1/18-4/6/18 ($119.42) | 2500-000 | | | |
| | | Bank Of Mauston<br>503 Gateway Ave, Po Box 226<br>Mauston, Wi 53948 | Payoff of Mortgage ($8,596.28) | 4110-000 | | | |
| | | | Owner's coverage ($464.00) | 2500-000 | | | |
| | | | Special Assessment Letter to Town of Necedah ($25.00) | 2500-000 | | | |
| | | | Wire Fee to Dependable Title of Wisconsin LLC ($25.00) | 2500-000 | | | |
| | | | State tax stamps ($84.00) | 2500-000 | | | |
| | | Bret Davies PLS dba ASR Surveying | Surveying ($400.00) | 2500-000 | | | |
| | | Juneau County Treasurer | Postponed RE taxes 290280874.02 ($229.41) | 2500-000 | | | |
| | | Castle Rock Realty LLC | Listing Broker Commission ($2,000.00) | 3510-000 | | | |
| | 2 | | Lot 4 $28,000.00<br>Necedah Wi 54646-0000<br>Juneau | 1110-000 | | | |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.25 | $16,037.64 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $16,056.89 | $19.25 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,056.89 | $19.25 |
| Page Subtotals: | $16,056.89 | $19.25 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

|  |  |  |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,056.89 | $19.25 |

Exhibit B

Page Subtotals:    $0.00    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6438 - Checking | $16,056.89 | $19.25 | $16,037.64 |
|  | $16,056.89 | $19.25 | $16,037.64 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $11,943.11 |
| Total Net Deposits: | $16,056.89 |
| Total Gross Receipts: | $28,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-32255  
Debtor Name: Karol Dmowski  
Claims Bar Date: 3/21/2018  

Date: May 23, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $3,550.00 | $3,550.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $21.66 | $21.66 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $5,437.50 | $5,437.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $304.47 | $304.47 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $5,648.00 | $5,648.79 | $5,648.79 |
| 4 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $1,925.00 | $1,925.27 | $1,925.27 |
| 5 300 7100 | Onemain Financial Of Illinois, Inc.<br>Po Box 70912<br>Charlotte, Nc 28272 | Unsecured | | $9,686.00 | $6,389.18 | $6,389.18 |
| 6 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank<br>(Value City Furniture)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $3,809.00 | $3,809.95 | $3,809.95 |

Page 1                    Printed: May 23, 2018

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-32255  
Debtor Name: Karol Dmowski  
Claims Bar Date: 3/21/2018  

Date: May 23, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $6,708.00 | $6,708.25 | $6,708.25 |
| 8 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $790.00 | $790.09 | $790.09 |
| 9 300 7100 | Synchrony Bank C/O Pra Receivables Management, Llc Po Box 41021 Norfolk Va 23541 | Unsecured | | $1,728.00 | $1,728.02 | $1,728.02 |
| 2 400 4110 | Bank Of America, N.A. Po Box 31785 Tampa, Fl 33631-3785 | Secured | Withdrawn | $4,261.00 | $4,273.98 | $0.00 |
| 3 400 4110 | Bank Of Mauston 503 Gateway Ave, Po Box 226 Mauston, Wi 53948 | Secured | Mortgage paid off at closing of sale of 27th St., Necedah, Wisconsin | $11,000.00 | $8,868.94 | $8,596.28 |
| | Case Totals | | | $45,555.00 | $49,456.10 | $44,909.46 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-32255
Case Name: Karol Dmowski
Trustee Name: STEVEN R. RADTKE

| | Balance on hand | $ | 16,037.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Bank Of America, N.A.-withdrawn | $ 4,273.98 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | Bank Of Mauston | $ 8,868.94 | $ 8,596.28 | $ 8,596.28 | $ 0.00 |

| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 16,037.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 3,550.00 | $ 0.00 | $ 3,550.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 21.66 | $ 0.00 | $ 21.66 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 5,437.50 | $ 0.00 | $ 5,437.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 304.47 | $ 0.00 | $ 304.47 |

| Total to be paid for chapter 7 administrative expenses | $ | 9,313.63 |
| Remaining Balance | $ | 6,724.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,999.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 5,648.79 | $ 0.00 | $ 1,406.78 |
| 4 | Capital One, N.A. | $ 1,925.27 | $ 0.00 | $ 479.47 |
| 5 | Onemain Financial Of Illinois, Inc. | $ 6,389.18 | $ 0.00 | $ 1,591.17 |
| 6 | Portfolio Recovery Associates, Llc | $ 3,809.95 | $ 0.00 | $ 948.84 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 6,708.25 | $ 0.00 | $ 1,670.63 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | $ 790.09 | $ 0.00 | $ 196.77 |
| 9 | Synchrony Bank | $ 1,728.02 | $ 0.00 | $ 430.35 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 6,724.01 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE