UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) | Case No. 17-32255 |
|  | ) |  |
| KAROL DMOWSKI, | ) | Hon.  Carol A. Doyle |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **May 30, 2018**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

DmowskiNFRCrtSrv

**SERVICE LIST**
**KAROL DMOWSKI, DEBTOR**
**CASE NO. 17-32255**

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Karol Dmowski
1629 "A" Vermont Drive
Elk Grove Village, IL 60007

Discover Bank
Discover Bank Products, Inc.
PO Box 3025
New Albany, NY 43054-3025

Bank of Mauston
503 Gateway Avenue
PO Box 226
Mauston, WI 53948

Capital One N.A.
c/o Beckett and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

One Main Financial of Illinois, Inc.
PO Box 70912
Charlotte, NC 28272

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

PYOD LLC its successors and assigns
As Assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

DmowskiTFRSrvList

1