# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Karol Dmowski | § | Case No. 17-32255 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 179,600.00 *(Without deducting any secured claims)* | Assets Exempt: 21,400.00 |
| Total Distributions to Claimants: 15,320.29 | Claims Discharged Without Payment: 231,529.54 |
| Total Expenses of Administration: 12,679.71 | |

3) Total gross receipts of $ 28,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 28,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 175,470.00 | $ 13,142.92 | $ 8,596.28 | $ 8,596.28 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,679.71 | 12,679.71 | 12,679.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,339.00 | 26,999.55 | 26,999.55 | 6,724.01 |
| **TOTAL DISBURSEMENTS** | $ 256,809.00 | $ 52,822.18 | $ 48,275.54 | $ 28,000.00 |

4) This case was originally filed under chapter 7 on 10/27/2017 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/26/2018          By: /s/STEVEN R. RADTKE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lot 4 Necedah Wi 54646-0000 Juneau | 1110-000 | 28,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$28,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quicken Loans, Inc., 1050 Woodward Ave Detroit, MI 48226 | | 133,942.00 | NA | NA | 0.00 |
| | Santander Consumer USA, 5201 Rufe Snow Drive Suite 400 North Richland Hills, TX 76180 | | 26,267.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Bank Of America, N.A. | 4110-000 | 4,261.00 | 4,273.98 | 0.00 | 0.00 |
| 3 | Bank Of Mauston | 4110-000 | 11,000.00 | 8,868.94 | 8,596.28 | 8,596.28 |
| TOTAL SECURED CLAIMS | | | $ 175,470.00 | $ 13,142.92 | $ 8,596.28 | $ 8,596.28 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 3,550.00 | 3,550.00 | 3,550.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 21.66 | 21.66 | 21.66 |
| Bret Davies PLS dba ASR Surveying | 2500-000 | NA | 400.00 | 400.00 | 400.00 |
| Dependable Title of Wisconsin LLC | 2500-000 | NA | 717.42 | 717.42 | 717.42 |
| Juneau County Treasurer | 2500-000 | NA | 229.41 | 229.41 | 229.41 |
| Associated Bank | 2600-000 | NA | 19.25 | 19.25 | 19.25 |
| STEVEN R. RADTKE | 3110-000 | NA | 5,437.50 | 5,437.50 | 5,437.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 304.47 | 304.47 | 304.47 |
| Castle Rock Realty LLC | 3510-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,679.71 | $ 12,679.71 | $ 12,679.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 3,576.00 | NA | NA | 0.00 |
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 11,917.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 19,755.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 6,336.00 | NA | NA | 0.00 |
| | Citibank North America, PO Box 790040 Saint Louis, MO 63179 | | 3,296.00 | NA | NA | 0.00 |
| | Fifth Third Bank, Attn: Bankruptch Department 1830 E Paris Ave Se Grand Rapids, MI 49546 | | 6,165.00 | NA | NA | 0.00 |
| 4 | Capital One, N.A. | 7100-000 | 1,925.00 | 1,925.27 | 1,925.27 | 479.47 |
| 1 | Discover Bank | 7100-000 | 5,648.00 | 5,648.79 | 5,648.79 | 1,406.78 |
| 5 | Onemain Financial Of Illinois, Inc. | 7100-000 | 9,686.00 | 6,389.18 | 6,389.18 | 1,591.17 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 3,809.00 | 3,809.95 | 3,809.95 | 948.84 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 6,708.00 | 6,708.25 | 6,708.25 | 1,670.63 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 790.00 | 790.09 | 790.09 | 196.77 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Synchrony Bank | 7100-000 | 1,728.00 | 1,728.02 | 1,728.02 | 430.35 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 81,339.00 | $ 26,999.55 | $ 26,999.55 | $ 6,724.01 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-32255 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Karol Dmowski | | | | Date Filed (f) or Converted (c): | 10/27/2017 (f) |
| | | | | | 341(a) Meeting Date: | 12/04/2017 |
| For Period Ending: | 07/26/2018 | | | | Claims Bar Date: | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1629A Vermont Drive Elk Grove Village Il 60007-0000 Cook | 160,000.00 | 160,000.00 | | 0.00 | FA |
| 2. Lot 4 Necedah Wi 54646-0000 Juneau | 10,000.00 | 20,000.00 | | 28,000.00 | FA |
| 3. 2013 Dodge Caravan | 5,000.00 | 10,000.00 | | 0.00 | FA |
| 4. 2015 Dodge Charger | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 5. 2004 Yamaha R6 Motorcycle | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Household Goods & Used Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Used Personal Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. Pnc Bank | 900.00 | 0.00 | | 0.00 | FA |
| 9. Pnc Bank | 100.00 | 0.00 | | 0.00 | FA |
| 10. Pnc Bank | 500.00 | 0.00 | | 0.00 | FA |
| 11. K&W Transportation, Inc. | 0.00 | 0.00 | | 0.00 | K&FA |
| 12. Qualified Retirement | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. 2 Term Life Insurance Policies - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $211,000.00     $217,000.00     $28,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

6/2018  TFR filed; hearing to approve same set for 6/28/18 (TDR sent to UST for approval 7/26/18)

5/2018  TFR and fee petition submitted to UST for approval

4/2018  Vacant lot sold; funds received; begin preparing fee petition and trustee's final report

3/2018  Order entered granting motion to sell property

2/2018  Trustee employed broker to sell vacant lot

12/2017  Debtor owns 1/2 of lot 4 in Necedah, Wisconsin


Initial Projected Date of Final Report (TFR): 06/30/2019        Current Projected Date of Final Report (TFR): 06/30/2019

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-32255 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Karol Dmowski | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6438 |
| | Checking |
| Taxpayer ID No: XX-XXX3208 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/26/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | | Dependable Title of Wisconsin LLC<br>1021 N. Superior Avenue<br>Suite 9<br>Tomah, WI 54660 | Proceeds of Sale of estate's interest in vacant parcel of land | | $16,056.89 | | $16,056.89 |
| | | | Gross Receipts $28,000.00 | | | | |
| | | | County Taxes 1/1/18-4/6/18 ($119.42) | 2500-000 | | | |
| | | Bank Of Mauston<br>503 Gateway Ave, Po Box 226<br>Mauston, Wi 53948 | Payoff of Mortgage ($8,596.28) | 4110-000 | | | |
| | | | Owner's coverage ($464.00) | 2500-000 | | | |
| | | | Special Assessment Letter to Town of Necedah ($25.00) | 2500-000 | | | |
| | | | Wire Fee to Dependable Title of Wisconsin LLC ($25.00) | 2500-000 | | | |
| | | | State tax stamps ($84.00) | 2500-000 | | | |
| | | Bret Davies PLS dba ASR Surveying | Surveying ($400.00) | 2500-000 | | | |
| | | Juneau County Treasurer | Postponed RE taxes 290280874.02 ($229.41) | 2500-000 | | | |
| | | Castle Rock Realty LLC | Listing Broker Commission ($2,000.00) | 3510-000 | | | |
| | 2 | | Lot 4 $28,000.00<br>Necedah Wi 54646-0000<br>Juneau | 1110-000 | | | |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.25 | $16,037.64 |

| | | |
|---|---|---|
| Page Subtotals: | $16,056.89 | $19.25 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-32255 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Karol Dmowski | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6438 |
| | Checking |
| Taxpayer ID No: XX-XXX3208 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/26/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/18 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,550.00 | $12,487.64 |
| 07/02/18 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $21.66 | $12,465.98 |
| 07/02/18 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $5,437.50 | $7,028.48 |
| 07/02/18 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $304.47 | $6,724.01 |
| 07/02/18 | 1005 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 24.90 % per court order. | 7100-000 | | $1,406.78 | $5,317.23 |
| 07/02/18 | 1006 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 24.90 % per court order. | 7100-000 | | $479.47 | $4,837.76 |
| 07/02/18 | 1007 | Onemain Financial Of Illinois, Inc.<br>Po Box 70912<br>Charlotte, Nc 28272 | Final distribution to claim 5 representing a payment of 24.90 % per court order. | 7100-000 | | $1,591.17 | $3,246.59 |

Page Subtotals:  $0.00   $12,791.05

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-32255 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Karol Dmowski | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6438 |
| | Checking |
| Taxpayer ID No: XX-XXX3208 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/26/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/18 | 1008 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Value City Furniture) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 6 representing a payment of 24.90 % per court order. | 7100-000 | | $948.84 | $2,297.75 |
| 07/02/18 | 1009 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 7 representing a payment of 24.90 % per court order. | 7100-000 | | $1,670.63 | $627.12 |
| 07/02/18 | 1010 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 8 representing a payment of 24.90 % per court order. | 7100-000 | | $196.77 | $430.35 |
| 07/02/18 | 1011 | Synchrony Bank C/O Pra Receivables Management, Llc Po Box 41021 Norfolk Va 23541 | Final distribution to claim 9 representing a payment of 24.90 % per court order. | 7100-000 | | $430.35 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $16,056.89 | $16,056.89 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,056.89 | $16,056.89 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,056.89 | $16,056.89 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $3,246.59 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6438 - Checking | $16,056.89 | $16,056.89 | $0.00 |
|  | $16,056.89 | $16,056.89 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $11,943.11 |
|---|---|
| Total Net Deposits: | $16,056.89 |
| Total Gross Receipts: | $28,000.00 |